Argued and submitted August 15, affirmed September 25, 2002

In the Matter of the Compensation of
James E. Craft, Claimant.

James E. CRAFT,
*Petitioner,*

*v.*

WOOD PRODUCTS CREDIT UNION
and TIG Insurance Company,
*Respondents.*

00-02012; A112692

54 P3d 124

Edward J. Harri argued the cause for petitioner. With him on the briefs was David A. Vinson.

Jerald P. Keene argued the cause and filed the brief for respondents.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *Tinh Xuan Pham Auto v. Bourgo*, 143 Or App 73, 922 P2d 1255 (1996).